```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. THOMAS AND ST. JOHN

                                    )
                                    )
FAIKA Z. SALEM,                     )
                                    )
              Plaintiff,            )    Civil No. 2015-20
                                    )
              v.                    )
                                    )
LINCOLN FINANCIAL GROUP d/b/a       )
JEFFERSON PILOT LIFE INSURANCE,     )
                                    )
              Defendant.            )
                                    )
                                    )
                                    )
```

**ATTORNEYS:**

**Ryan W. Greene**
St. Thomas, U.S.V.I.
   *For Faika Z. Salem,*

**Emily A. Shoup**
Law Offices of Andrew Simpson
St. Croix, U.S.V.I.
   *For Lincoln Financial Group d/b/a Jefferson Pilot Life Insurance.*


# ORDER

**GÓMEZ, J.**

The Court has been advised that the parties in the above captioned matter have reached a settlement agreement.

The premises considered, it is hereby

**ORDERED** that a status conference is scheduled to commence promptly at 2:30 P.M. on October 28, 2016; and it is further

*Salem v. Lincoln Financial Group*
Civil No. 2015-20
Order
Page 2

**ORDERED** that, if the parties file a stipulation of dismissal no later than 1:30 P.M. on October 28, 2016, the above ordered status conference will be cancelled.

S\_____
    **Curtis V. Gómez**
    **District Judge**