```
            DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS AND ST. JOHN
```

|  |  |
|---|---|
| FAIKA Z. SALEM, )<br>)<br>    Plaintiff, )<br>)   Civil No. 2015-20<br>    v. )<br>)<br>LINCOLN FINANCIAL GROUP d/b/a )<br>JEFFERSON PILOT LIFE INSURANCE, )<br>)<br>    Defendant. )<br>)<br>) |  |

**ATTORNEYS:**

**Ryan W. Greene**
St. Thomas, U.S.V.I.
    *For Faika Z. Salem,*

**Emily A. Shoup**
Law Offices of Andrew Simpson
St. Croix, U.S.V.I.
    *For Lincoln Financial Group d/b/a Jefferson Pilot Life*
    *Insurance.*

<u>ORDER</u>

**GÓMEZ, J.**

    Before the Court is the joint stipulation of dismissal filed by the parties in the above captioned matter.

    The premises considered, it is hereby

    **ORDERED** that the status conference scheduled for October 28, 2016, is **CANCELLED**; it is further

*Salem v. Lincoln Financial Group*
Civil No. 2015-20
Order
Page 2

**ORDERED** that all pending motions in this case are **MOOT**; it is further

**ORDERED** that this case is **DISMISSED;** and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

                                                  S\_____
                                                   **Curtis V. Gómez**
                                                   **District Judge**

*Salem v. Lincoln Financial Group*
Civil No. 2015-20
Order
Page 3